WEYCOURT DISTRIBUTORS, INC., Plaintiff in Error, v. C. J. GILL, Defendant in Error.

199 So. 754
En Banc
Opinion Filed January 14, 1941

*P. R. Porter* and *J. Lewis Hall,* for Plaintiff in Error;

*C. Rogers Wells,* for Defendant in Error.

PER CURIAM.—The case at bar is a companion suit to the case of Weycourt Distributors, Inc., v. R. S. Willis. The facts as disclosed by the record are similar and the same principles of law are applicable to the two suits.

The case is ruled by Weycourt Distributors, Inc., v. R. S. Willis, this day decided, and is hereby affirmed.

It is so ordered.

TERRELL, C. J., BUFORD, THOMAS and ADAMS, J. J., concur.

WHITFIELD, BROWN and CHAPMAN, J. J., dissent.